**THE SORENSON LAW FIRM, LLC**
ATTORNEYS AT LAW
950 W. ELLIOT ROAD, SUITE 226
TEMPE, AZ 85284
TELEPHONE: (480) 839-9500
FAX: (480) 839-9508
wade@sorensonlaw.net

Wade R. Causey, AZ Bar No. 012084
*Attorneys for Defendant Circle K Stores, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN WOODS, individually, | Case No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF ACTION** |
| CIRCLE K STORES INC. dba CIRCLE K, ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X AND JANE DOES I-X, | **JURY TRIAL DEMANDED** Trial Date: None Set |
| Defendants. | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES AND CLERKS OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C.A. § 1332, Defendant Circle K Stores, Inc. dba Circle K ("Defendant") hereby removes the above-entitled action to this Court based on the following supporting grounds. The Defendant, appearing solely for the purpose of this removal and for no other purpose, and preserving all other defenses available to it, states as follows:

1. On January 27, 2023, a Complaint was filed against the Defendant in the Superior Court, in the for the County of Maricopa, Arizona captioned *John Woods, individually v. Circle K Stores, Inc., dba Circle K, ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X*, Case No. 2023-001497 (the "State Court Action").

2. Service of the summons and the Complaint was effectuated January 31, 2023 upon Mike Vernon, Service of Process Coordinator for Corporation Service Company (CSC), the Statutory Agent for the Defendant.

3. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C.A. § 1332(a)(1) based on amount in controversy and diversity of citizenship. Pursuant to the Complaint, Plaintiff has designated this as a Tier 3 action under Rule 26.2(c)(3)(C), *Ariz. R. Civ. P.* claiming more than $300,000.00 in damages. Therefore, Plaintiff seeks an amount in controversy in excess of $75,000.00. Pursuant to the Complaint at ¶ 1, Plaintiff is a resident of St. Charles, Missouri. Defendant Circle K Stores is incorporated in the State of Texas with a principal place of business located at 701 Brazoo St., Suite 1050, Austin, TX, 78701, USA. Pursuant to 28 U.S.C.A. § 1332(c)(1), Defendant Circle K Stores is a resident of Texas.

4. Pursuant to 28 U.S.C.A. § 1446(a) and LRCIV 3.6(b), the undersigned counsel for the Defendant, hereby verifies that true and complete copies of all pleadings and other documents filed in the State Court Action are filed herewith.

5. Pursuant to 28 U.S.C.A. § 1446(d) and LRCIV 3.6(a), a copy of this Notice of Removal has been filed with the Clerk of the Superior Court in and for the County of Maricopa, Arizona.

6. Pursuant to 28 U.S.C.A. § 1446(d), after the filing of this Notice of Removal, the Defendant shall give written notice thereof to Plaintiff's counsel.

RESPECTFULLY SUBMITTED this 21st day of February, 2023.

THE SORENSON LAW FIRM, LLC


By: /s/ Wade R. Causey
Wade R. Causey,
*Attorneys for Defendant Circle K Stores, Inc.*

**PDF** of the foregoing e-filed this same day with:

AZCourts.gov

**COPY** of the foregoing emailed/mailed this same day to:

Parker C. Fox, Esq.
MORGAN & MORGAN ARIZONA, LLC
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
pfox@forthepeople.com
*Attorneys for Plaintiff*


By: /s/ Carolyn G. Emson