# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Woods, | NO. CV-23-00319-PHX-MTL |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Circle K Stores Incorporated, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed February 6, 2024, which granted Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendant and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 6, 2024

By   s/ D. Draper
Deputy Clerk