Rory Brian Riley, Esq. (ASB # 032933)
**Morgan & Morgan Arizona, PLLC**
2355 E. Camelback Rd., Suite 335
Phoenix, AZ 85016
Email: briley@forthepeople.com
Telephone: 602-735-0230
Fax: 602-735-0256
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John Woods, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Circle K Stores, Inc. dba Circle K, ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>Defendants. | Case No. 2:23-cv-00319-MTL<br><br>**NOTICE OF SETTLEMENT**<br><br>(The Honorable Michael T. Liburdi) |

The Parties respectfully notify the Court that the Parties have settled the above-referenced captioned. Counsel for the Parties are in the process of finalizing the Settlement Agreement and will execute and e-file a Stipulated Dismissal and Proposed Order to the court shortly thereafter.

**Respectfully Submitted** this 20th day of February 2024.

                                                      **Morgan & Morgan Arizona, LLC**

                                      By: *Rory B. Riley*
                                               Rory B. Riley, Esq.
                                               *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF System and via e-mail.

Wade R. Causey, Esq.
**The Sorenson Law Firm, LLC**
950 W. Elliot Road, Suite 226
Tempe, AZ 85284
Phoenix, AZ 85004
Wade@sorensonlaw.net
Carolyn@sorensonlaw.net
*Attorney for Defendant*


By:  */s/ Nicole Klabanos, Litigation Paralegal*